# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIR BY SAMUEL LLC<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SAMUEL ETHNOBOTANICS LLC, et al.<br><br>　　　　Defendant(s). | CASE NO.<br>2:20−cv−03296−DSF−PVC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

　　Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before August 7, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

　　IT IS SO ORDERED.

Date: July 7, 2020　　　　　　　　　　　　/s/ *Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge